IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYN FORTMULLER,

        Plaintiff,

        vs.

WELLS FARGO aka Wahovia Mortgage a division of Wells Fargo formerly World Savings, et al.,

        Defendants.

        No. CIV S-11-0948 JAM DAD PS

ORDER SETTING STATUS (PRETRIAL SCHEDULING) CONFERENCE

        On March 10, 2011, plaintiff, proceeding pro se, filed a contract complaint in the Placer County Superior Court. The case was removed to the United States District Court for the Eastern District of California by defendant Wells Fargo on April 8, 2011. The action has been assigned to the undersigned for all purposes encompassed by Local Rule 302(c)(21).

        Good cause appearing, IT IS ORDERED that:

        1. A Status (Pretrial Scheduling) Conference is set for **Friday, August 12, 2011, at 10:00 a.m.** at the United States District Court, 501 I Street, Sacramento, California, in Courtroom No. 27 before the undersigned;

        2. Any party may appear at the Status (Pretrial Scheduling) Conference telephonically <u>if</u> the party pre-arranges such appearance by contacting Pete Buzo, the courtroom

1

deputy of the undersigned magistrate judge, at (916) 930-4128 <u>at least 48 hours before the Status (Pretrial Scheduling) Conference</u>;

    3. Plaintiff shall file and serve a status report on or before **July 29, 2011,** and defendant shall file and serve a status report on or before **August 5, 2011**. Each party's status report shall address all of the following matters:

    a. Progress of service of process;

    b. Possible joinder of additional parties;

    c. Possible amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the magistrate judge assigned to this matter acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action;

    4. The pro se plaintiff is informed that failure to file a timely status report or failure to appear at the status conference in person or telephonically may result in a

recommendation that this action be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules. See Local Rules 110 and 183.

DATED: April 15, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\fortmuller0948.ossc