UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYN FORTMULLER, | ) | Case No.2:11-CV-0948 JAM-DAD PS |
| Plaintiff, | ) | |
| v. | ) | |
| WELLS FARGO, aka WACHOVIA MORTGAGE, a division of Wells Fargo formerly World Savings; and Does 1 to 5, | ) | |
| Defendants. | ) | RELATED CASE ORDER |
| LISA FORTMULLER, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.2:11-CV-0950 KJM-KJN PS |
| WELLS FARGO, aka WACHOVIA MORTGAGE, a division of Wells Fargo formerly World Savings; and Does 1 to 5, | ) | |
| Defendants. | ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge and magistrate judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for

1

PDF created with pdfFactory trial version www.pdffactory.com

the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:11-CV-0950 KJM-KJN PS be reassigned to Judge John A. Mendez and Magistrate Judge Dale A. Drozd for all further proceedings, and any dates currently set in this reassigned case _only_ are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:11-CV-0950 JAM-DAD PS.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:  April 22, 2011.                /s/ John A. Mendez
                                       JOHN A. MENDEZ
                                       United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com