IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRYN FORTMULLER,

    Plaintiff,                      2:11-cv-0948 JAM DAD

    v.

WELLS FARGO, aka WACHOVIA MORTGAGE, a division of Wells Fargo formerly World Savings, et al.,

ORDER

    Defendants.

_____/

        Plaintiff commenced this action by filing a pro se complaint in Placer County Superior Court on March 10, 2011. Defendant Wells Fargo Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a Wachovia Mortgage, FSB, f/ka World Savings Bank, FSB, removed the case to this court on April 8, 2011. The case was referred to the undersigned magistrate judge for all purposes described in Local Rule 302(c)(21).

        By order filed May 6, 2011, attorney Steven C. Lynes has been substituted as attorney of record for plaintiff. Local Rule 302(c)(21) provides that an action initially referred to a magistrate judge "shall be referred back to the assigned Judge if a party appearing <u>in propria persona</u> is later represented by an attorney."

/////

1

Accordingly, IT IS ORDERED that:

1. Pursuant to Local Rule 302(c)(21), this action is referred back to the assigned district judge for further proceedings;

2. The docket for this case shall be modified to reflect that the case is not a Pro Se case, and all documents hereafter submitted for filing in this case shall bear case number 2:11-cv-0948 JAM DAD;

3. The hearing of defendant Wells Fargo Bank's pending motion to dismiss (Doc. No. 7), which is set for May 20, 2011 before the undersigned in Courtroom 27, is vacated; defendant shall re-notice the motion to dismiss for hearing before the assigned district judge after consulting with plaintiff's counsel and with Harry Vine, courtroom deputy to the Honorable John A. Mendez; and

4. The Status (Pretrial Scheduling) Conference set in this case for August 12, 2011 before the undersigned in Courtroom 27 is vacated.

DATED: May 6, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\fortmuller0948.ord.referback